UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. GOSSETT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE BANK, et al.,<br><br>    Defendants. | Case No.: C-11-06296-YGR<br><br>**ORDER REMANDING CASE TO STATE COURT** |

On January 27, 2012, the parties filed a Stipulation to Remand Case to State Court and Order Thereon. (Dkt. No. 20.) This Stipulation was filed after Plaintiff filed an Ex Parte Motion for Remand on January 12, 2012. (Dkt. No. 14.) In light of the Stipulation, the Court DENIES the Motion for Remand as moot and, finding good cause, IT IS HEREBY ORDERED that this action is remanded to the Superior Court of California, County of Lake.

The Clerk of this Court is further ordered to forward certified copies of this Remand Order and all docket entries to the Clerk of the Superior Court of California, County of Lake.

**IT IS SO ORDERED.**

Dated: January 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**United States District Court Judge**